**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TELEX COMMUNICATIONS INC.,

Plaintiff,

CV 00-2777 RHK/JMM

vs.

**O R D E R**

JBL INCORPORATED,
HARMAN INTERNATIONAL INDUSTRIES, INC.

Defendant.

---

The above matter was commenced on December 27, 2000. To date, it does not appear from the file that service has been effected upon the defendant. If proof of service is not filed within 120 days after the filing of the Complaint, this Court, without further notice, will dismiss the Complaint without prejudice. See Fed.R.C.P.4(m).

Dated: April 30, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________