UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Telex Communications

Plaintiff,

vs

CV 00-2777 RHK/JMM

JBL INCORPORATED,
ETAL

**ORDER**

IT IS ORDERED that the Court's order dated April 30, 2001, is vacated. The Clerk's is directed to reopen the above action.

Dated: May 10, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK