UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Telex Communications, Inc.,

Plaintiff,

v.

JBL Incorporated and Harman International Industries, Incorporated

Defendants.

Civil Action 00-CV-2777 (RHK/JMM)

---

**STIPULATION AND ORDER**

---

In consultation with counsel for the defendants JBL Incorporated and Harman International Industries, Incorporated Plaintiff Telex Communications, Inc. hereby stipulates to an extension of the time for the defendants to answer or otherwise respond to the complaint, up to and including June 14, 2001.

Dated: May 15, 2001

Dean R. Karau (#225186)
Lora Esch Mitchell (#259615)
**FREDRIKSON & BYRON, P.A.**
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 347-7000
Facsimile: (612) 347-7077

**ATTORNEYS FOR PLAINTIFF**

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

**ORDER**

**IT IS SO ORDERED.**

Date: 5/16, 2001

John M. Mason
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2514783\1